# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **BARBARA ANN COWAN MAXIE** | **CASE NO. 3:19-CV-00482** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation [ Doc. No. 12] of the Magistrate Judge having been considered, together with the written Objection [Doc. No. 13] filed Plaintiff Barbara Ann Cowan Maxie, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 17th day of January, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE